with costs to the appellant to abide the event, upon the grounds, *first*, that the verdict is against the weight of the evidence on the questions submitted to the jury; *second*, that there was error of fact in the opening of plaintiff's counsel; *third*, that there was error in the reception of proof as to civil lawsuits brought against the plaintiff. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ROBERTA LAMPMAN, Respondent, v. JOHN SCHEIB, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

EMMA TUCKER, Respondent, v. FRANCIS E. ROCHE, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

BUFFALO COURIER-EXPRESS, INC., Respondent, v. COUNTY OF ERIE, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JOHN F. CONNOR and Others, Respondents, v. CHARLES H. PALMER, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

WALLACE H. SWARTHOUT, Appellant, v. FRANK GROS, Respondent.— Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event, upon the ground that the verdict was against the weight of the evidence, and on the further ground that the court erred in submitting to the jury the issue of fraud, which was not within the pleadings or the evidence. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CLARA E. WYKER, Respondent, v. MATILDA M. MILLER, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Proceeding for the Discovery of Certain Personal Property Withheld from the Estate of SIDONEA STORANDT, Deceased.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

CLARA FIX, as Administratrix, etc., of JOSEPH FIX, Deceased, Respondent, v. WILLIAM WECKERLE & SONS, INC., Defendant, and HARMS TRUCKING CORPORATION, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $3,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

MARY McKEEVER, Respondent, v. FRANK L. GREENWALD, Appellant.— Judgment affirmed, with costs. All concur. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

ALEX C. ROCKENBROCK, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant, Impleaded with Another, Defendant.— Judgment and order affirmed, with costs. All concur. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

ROSE ROCKENBROCK, Respondent, v. INTERNATIONAL RAILWAY COMPANY,